**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF BRIAN J. SOO-HOO**
Brian J. Soo-Hoo, Esq. (228298)
soohoolaw@gmail.com
601 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Telephone: (714) 589-2252
Facsimile: (714) 589-2254

*Attorneys for Plaintiff,*
Kristy Zhang

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTY ZHANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CHEESECAKE FACTORY INCORPORATED,**<br><br>Defendant. | **Case No.:** CV17-357 CJC (RAOx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. CORMAC J. CARNEY** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation to Dismiss Proceeding without Prejudice ("Stipulation") is entered into and between Plaintiff, KRISTY ZHANG, individually and on behalf of others similarly situated ("Zhang") and Defendant, THE CHEESECAKE FACTORY INCORPORATED ("Cheesecake");

WHEREAS, Zhang and Cheesecake, by and through their undersigned counsel, hereby stipulate to dismiss without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action;

WHEREAS, Zhang and Cheesecake have reached a class settlement after an all-day mediation on April 3, 2018 before the Honorable A. Howard Matz (Ret.) as well as additional follow up discussions to reach a resolution. The class settlement is a common fund settlement where no money will revert back to Defendants, and Plaintiffs' counsels and Plaintiffs will petition for attorney fees and costs and incentive awards respectively. There is no clear sailing agreement for attorney fees or an incentive award. This class settlement includes the related cases *Tibbetts v. The Cheesecake Factory Restaurants, Inc.*, No. 2:17-cv-00968-LDW-AYS (E.D.N.Y.), and *Muransky v. The Cheesecake Factory Inc.*, No.8:17-cv-07569-CJC-RAO (C.D. Cal.) for which separate stipulations seeking the same relief will be filed.

WHEREAS, Zhang and Cheesecake have agreed that this action will be re-filed to in California state court to seek approval of the class settlement due to the Ninth Circuit precedent *Bassett v. ABM Parking Servs.*, 883 F.3d 776, 777 (9th Cir. 2018) and *Dutta v. State Farm Mut. Auto. Ins. Co.*, 895 F.3d 1166, 1176 (9th Cir. 2018) holding there was no Article III Standing for the FACTA claims raised in those cases;

NOW THEREFORE, the Parties, through their respective counsel of record, hereby stipulate and agree to dismiss this proceeding without prejudice and with each party to bear their own respective costs in order to re-file in state court.

Dated: September 30, 2019　　　　　　　　　　　　　Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF ZHANG

**GREENBERG TRAURIG, LLP**

By: s/ Rick L. Shackelford
RICK L. SHACKELFORD, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Dated: September 30, 2019　　　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

By: s/ Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF ZHANG

# CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Stipulation to Dismiss Action without Prejudice* has been filed this 1st day of October 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                ___/s/ Matthew M. Loker___
                                                        Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case # CV17-357 CJC (RAOx)          3 of 3          *Zhang, et al. v. The Cheesecake Factory*
**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**