# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTY ZHANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CHEESECAKE FACTORY INCORPORATED,**<br><br>Defendant. | Case No.: CV17-357 CJC (RAOx)<br><br>**ORDER**<br><br>**HON. CORMAC J. CARNEY** |

Having considered the Parties' Joint Stipulation for Dismissal, it is hereby ordered that this Action is dismissed without prejudice.

Dated: October 1, 2019

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**